Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN 30 PM 12: 11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

LEONARDO B. CRUZ, JR.
Plaintiff

vs

WMC MORTGAGE CORP
LITTON LOAN SERVICING,
HOMEQ SERVICING, TD SERVICE
COMPANY AND DEUTSCHE BANK
NATIONAL TRUST COMPANY

Defendants

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 1157 BEN NLS**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

LEONARDO B. CRUZ, JR., 2541 Calle Tres Lomas S.D. CA 92139 619/216-4627

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

JUN 3 0 2008

DATE

K. HAMMERLY

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)