Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 10 PM 12: 41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY \_\_\_\_\_KNK\_\_\_\_ DEPUTY

LEONARDO B. CRUZ, JR.
Plaintiff

vs

WMC MORTGAGE CORP
LITTON LOAN SERVICING,
HOMEQ SERVICING, TD SERVICE
COMPANY AND DEUTSCHE BANK
NATIONAL TRUST COMPANY

Defendants

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1157 BEN NLS

TO: (Name and Address of Defendant)

LITTON LOAN SERVICING
4828 LOOP CENTRAL DRIVE
HOUSTON, TX  77081

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

LEONARDO B. CRUZ, JR.,    2541 Calle Tres Lomas S.D. CA 92139 619/216-4627

An answer to the complaint which is herewith served upon you, within \_\_\_20\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK
K. HAMMERLY

By _____, Deputy Clerk

JUN 3 0 2008

DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO B. CRUZ, JR., Pro Se )<br>           )<br>Plaintiff )<br>     vs. )<br>           )<br>LITTON LOAN SERVICING )<br>           )<br>Defendant )<br>           ) | Case No.: 08 CV 1157BEN NLS<br><br>**DECLARATION OF SERVICE**<br><br>Person Served:<br>   CORAZON G. ESPIRITU<br><br>Date Served:<br>   JULY 2, 2008 |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

in the following manner: (check one)

1)    By personally delivering copies to the person served.

2)    By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3)    By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)    XXX   By placing a copy in a separate envelope, with postage fully prepaid. for each address named below and depositing each in the U.S. Mail at Chula Vista P.O. July 2, 2008           , 20

Executed on  July 2, 2008   , 20        at   CHULA VISTA, CA
                                              SAN DIEGO, COUNTY

_Corazon G. Espiritu_ (signature)