## CERTIFICATION OF SERVICE via United States Post Office

State of California        )
Subscribed and Affirmed    ) s.s.
County of San Diego        )

**FILED**
2008 JUL 10 PM 12:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

I, Corazon G. Espiritu, a Notary Public and Officer of the Court, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That, at the city of Chula Vista, County of San Diego and the State of California, on the 2nd day of July, 2008, that on behalf of Leonardo B. Cruz, Jr., a living soul, the undersigned, personally deposited the following documents inside the envelope, sealed them and deposited them for United States Post Office to wit:

   - Summons In A Civil Action Case No. '08 CV1157 BEN NLS (3 pages)
   - Verified Complaint And Motion For Ex Parte Temporary Restraining Order (13 pages)
   - Plaintiff's Exhibit "A" (HUD 1) (4 pages)
   - Plaintiff's Exhibit "B" (Deed of Trust) (14 pages)

   Total of two (4) documents with total of five (34) pages herewith not including this Affidavit.

   That I personally deposited for United States Post Office,
   Certified Mail™, respectively, as noted below, at said City and State, one (1) complete set of documents, as described in item 1 above, properly enveloped and addressed to:

   Litton Loan Servicing
   4828 Loop Central Drive          Certified Mail   7007 0710 0004 9289
   Houston, TX 77081                Return Receipt

   TD SERVICE COMPANY
   1820 East First Street           Certified Mail   7007 07100 004 0303 9371
   Santa Ana, CA 92711-1988         Return Receipt

   Deutsche Bank National Trust Company
   1761 E. St. Andrew Place         Certified Mail   7007 0710 0004 0303 9388
   Santa Ana, CA 92075              Return Receipt

   HOMEQ Servicing
   4837 Watt Avenue #200            Certified Mail   7007 0710 0004 0303 9272
   North Highland, CA 95660         Return Receipt

2. That I am at least 18 years of age;
3. That I am not related to **Leonardo B. Cruz, Jr.**, by blood, marriage, adoption, or employment, but serve as a "disinterested third party"; and further,
4. That I am in no way connected to, or involved in or with, the person and/or matter at issue in this instant action.

I now affix my signature to these affirmations.

*[Notary seal: CORAZON G. ESPIRITU, Commission # 1642885, Notary Public - California, San Diego County, My Comm. Expires Feb 3, 2010]*

_____
Signature of Notary Public                                SEAL

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Temporary Restraining Order has been furnished by mail to Defendant WMC at 6320 Canoga Ave, Woodland Hills, CA 91367 San Diego, CA 92123 and to Defendant Litton Loan Servicing, at 4828 Loop Central Dr. Houston, TX 77081 to Defendant Homeq Servicing at 4837 Watt Ave. #200 North Highlands CA 95660 to Defendant TD Service Company at 1821 E. 1st St. #210 Santa Ana, CA 92711 and to Defendant Deutsche Bank at 1761 E. St. Andrew Pl. Santa Ana CA 92075 this 30th day of June, 2008.

_____ 6-30-08
Leonardo B. Cruz, Jr., Plaintiff
Pro Se