Ronald D. Roup, Esq. (94495) ron@rouplaw.com
Brad M. Simon, Esq. (244369) brad@rouplaw.com
**ROUP & ASSOCIATES, A LAW CORPORATION**
23101 Lake Center Drive, Suite 310
Lake Forest, California 92630
(949) 472-2377; (949) 472-2317 (*fax*)

Attorneys for Defendant,
LITTON LOAN SERVICING LP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO B. CRUZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> WMC MORTGAGE CORP., LITTON LOAN SERVICING, HOMEQ SERVICING, TD SERVICE COMPANY AND DEUTSCHE BANK NATIONAL TRUST COMPANY, <br><br> Defendants. | **Case No. 08CV1157 BEN NLS** <br><br> *Assigned for all purposes to:* <br> *Judge Roger T. Benitez, Courtroom 3* <br><br> **DEFENDANTS' NOTICE OF MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (F.R.C.P. 12(b)(6))** <br><br> *[Defendant's Request for Judicial Notice; and Memorandum of Points and Authorities filed concurrently herewith]* <br><br> Motion to Dismiss: <br> Date:    August 25, 2008 <br> Time:    10:30 a.m. <br> Courtroom: 3 <br><br> *Action filed: June 30, 2008* |

TO THE HONORABLE UNITED STATES DISTRICT COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 25, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 3 of the above-entitled Court, located at 880 Front Street, San Diego, California, Defendant, Litton Loan Servicing LP ("Litton") will and hereby do move this Court, the Honorable Roger T. Benitez presiding, for an order dismissing Plaintiff's Complaint pursuant to