```
Ronald D. Roup, Esq. (94495) ron@rouplaw.com
Brad M. Simon, Esq. (244369) brad@rouplaw.com
ROUP & ASSOCIATES, A LAW CORPORATION
23101 Lake Center Drive, Suite 310
Lake Forest, California 92630
(949) 472-2377; (949) 472-2317 (fax)


Attorneys for Defendant,
LITTON LOAN SERVICING LP
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO B. CRUZ, JR.,<br><br>                    Plaintiff,<br><br>    v.<br><br>WMC MORTGAGE CORP., LITTON LOAN SERVICING, HOMEQ SERVICING, TD SERVICE COMPANY AND DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                    Defendants. | **Case No. 08 CV 1157 BEN NLS**<br><br>*Assigned for all purposes to:*<br>*Judge Roger T. Benitez, Courtroom 3*<br><br>CERTIFICATE OF SERVICE<br><br><br>Motion to Dismiss:<br>Date:  August 25, 2008<br>Time:  10:30 a.m.<br>Courtroom: 3<br><br>*Action filed: June 30, 2008* |

   I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 23101 Lake Center Drive, Suite 310, Lake Forest, California 92630.

   On July 21, 2008, I served the foregoing documents described as **1.) DEFENDANTS' NOTICE OF MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (F.R.C.P. 12(b)(6)); 2) DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN**

1  BE GRANTED (F.R.C.P. 12(b)(6)); MEMORANDUM OF POINTS AND AUTHORITIES IN
2  SUPPORT THEREOF; 3) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION
3  TO DISMISS COMPLAINT BY DEFENDANT LITTON LOAN SERVICING LP on the interested
4  parties in said action by placing [ ] the original [X] a true copy thereof in a separate envelope for each
5  of the following named addressees listed below:
6  **Pro Se Plaintiff**
   Leonardo B. Cruz, Jr.
7  2541 Cale Tres Lomas
   San Diego, CA 92139
8
9  [X] **(BY MAIL)** I then sealed each envelope, placed postage fully prepaid thereon, and;
10 [ ]deposited each envelope in the United States mail at Lake Forest, California.
11 [X] placed for collection and mailing each sealed envelope to the listed addressee(s). I am "readily
12 familiar" with the firm's practice of collection and processing correspondence for mailing. Under that
13 practice it is deposited with the U.S. postal service on that same day with postage thereon fully prepaid
14 at Lake Forest, California in the ordinary course of business. I am aware that on motion of party served,
15 service is presumed invalid if postal cancellation date or postage meter date is more than one day after
16 date of deposit for mailing in affidavit.
17 [ ] **(BY PERSONAL SERVICE)** I delivered or caused to be delivered each envelope by hand to the
18 offices of the addressee(s).
19 [ ] **(FACSIMILE)** In accordance with CCP § 1013(e). Facsimile numbers to the listed addressee(s)
20 specified along with their respective names and addresses (above or on the attached Service List.)
21 [ ] **(BY OVERNIGHT DELIVERY)** In accordance with CCP § 1013(c).
22 [X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose
23 direction the service was made.
24        Executed on July 21, 2008, at Lake Forest, California.
25
26                               Julie L. Hansen
27
28